# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention - VSR

| | | | |
|---|---|---|---|
| Case Number: | 15-4086 JH | UNITED STATES vs. FIERRO | |
| Hearing Date: | 8/19/2019 | Time In and Out: | 9:41 am – 9:42 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Hondo |
| Defendant: | John Fierro | Defendant's Counsel: | Joe Romero, Jr. |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | D. Marruffo |
| Interpreter: | | Witness: | |

## Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for     on     @

## Preliminary/Show Cause/Identity
- ☐ Defendant waives Preliminary Hearing
- ☐ Court finds probable cause     ☐ Court does not find probable cause

## Detention
- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other
- ☐ Matter referred to     for Final Revocation Hearing
- ☒ Hearings continued until 8/21/19