# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Preliminary/Detention - VSR

| Case Number: | 15-CR-4086 JCH | UNITED STATES vs. FIERRO | |
|---|---|---|---|
| Hearing Date: | 8/21/2019 | Time In and Out: | 9:56 am – 10:31 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | John Fierro | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | D. Rhodes |
| Interpreter: | | Witness: | |

## Initial Appearance

☐ Defendant received a copy of charging document

☐ Court advises defendant(s) of possible penalties and all constitutional rights

☐ Defendant

☐ Government moves to detain | ☐ Government does not recommend detention

☐ Set for | on | @

## Preliminary/Show Cause/Identity

☐ Defendant

☐ Court finds probable cause | ☐ Court does not find probable cause

## Detention

☐ Defendant waives Detention Hearing

☐

## Custody Status

☐ Defendant |

☒ Conditions of release imposed | To the halfway house; deft held in custody of USMS pending space availablity

## Other

☐ Matter referred to ____ for Final Revocation Hearing

☒ USA-direct of PO; Romero-cross of PO; USA-redirect of PO; USA-proffers; Romero-proffers; Court-findings