*Rev. November 10, 2015*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## EVIDENDTIARY FINAL REVOCATION MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | | | |
|---|---|---|---|---|---|
| CR No: | 15-4086 JCH | | USA vs. | Fierro | |
| Date: | 9/19/19 | | Defendant: | John Fierro | |
| Time In/Out: | 9:53 – 11:53 | | Total Time in Court: | 2 hours | |
| Clerk: | E. Romero | | Court Reporter: | Paul Baca | |
| AUSA: | Niki Tapia-Brito | | Defendant's Counsel: | Joe Romero, Jr | |
| Sentencing in: | Albuquerque | | Probation Officer: | David Rhodes | |
| Interpreter: | n/a | | Interpreter Sworn? | ☐ Yes | ☐ No |

- ☒ Court advises Defendant of rights, charges & penalties
- ☒ Court finds defendant violated by: committing another Federal, State or Local crime; failing to refrain from use of a controlled substance
- ☒ Violation report reviewed     ☒ Supervision Revoked
- ☐ Petition Held in Abeyance for

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** 6 months – to run consecutively to any time served in reference to San Juan County Magistrate Court Case # M-147-VM-2019-00040.

**SUPERVISED RELEASE:** 12 months     ☒ Mandatory and Standard Conditions

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☒ | Submit to substance abuse testing |
| ☒ | Submit to search of person/property | ☒ | Refrain from use/possession of alcohol/intoxicants |
| ☒ | Refrain from use and possession of synthetic cannabinoids, etc | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☒ | Participate in/successfully complete mental health program & grant waiver of confidentiality | ☒ | Must take all mental health medications as prescribed |
| ☒ | Participate in community-based program for anger management and domestic violence prevention | ☒ | Reside at a Residential Reentry Center for up to 6 months |
| ☐ | Community service: | ☒ | No contact with victim(s) |
| ☐ | Notify person (organization) deft poses a risk (fiduciary responsibility) | ☒ | Participate in an educational or vocational program approved by the Probation Officer |
| ☐ | Home Confinement under RF monitoring for | ☒ | Pay child support |
| ☐ | Register as sex offender | ☒ | No contact with female children under 18 years |
| ☒ | Participate in sex offender assessment and if recommended participate in treatment program and submit to polygraph testing | ☐ | No volunteering where children supervised |

## OTHER

- ☒ Advised of Right to Appeal     ☒ Remanded
- ☐ Dismissed Violations:

## PROCEEDINGS

Mr. Romero addresses Court re: defendant was prepared to admit violations if he would be able to receive credit for the time he served in State custody; Ms. Tapia-Brito responds; USPO responds to Court's question re: application of time served; Mr. Romero rebuttal; Court will proceed to hearing; Ms. Tapia-Brito calls – Deputy Scott Sandefer-sworn-direct; Mr. Romero – cross examination; Ms. Tapia-Brito – redirect; Mr. Romero – re-cross; Witness excused; Ms. Tapia-Brito calls Deputy Cody Tipler-sworn-direct; Exhibit 6 played; Exhibits 3 through 5 are admitted; Mr. Romero – cross examination; Ms. Tapia-Brito – redirect; Exhibit 8 admitted; Witness excused; Ms. Tapia-Brito calls U.S. Probation Officer David Rhodes-sworn-direct; Mr. Romero – cross examination; Witness is excused; No further testimony; No argument from Ms. Tapia-Brito; Mr. Romero addresses Court with argument; Court finds defendant did violate the conditions of supervised release as outlined; Mr. Romero additional argument re: sentencing; Ms. Tapia-Brito responds; USPO Rhodes responds; Mr. Romero – rebuttal; Court proceeds to sentencing. Exhibits returned